1  **WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Metropolitan Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Tyler Elliott; Shamus Stinson; a minor child, by and through his guardians Douglas and Judith Hardy,<br><br>Defendants. | No. CV-07-220-PHX-SMM<br><br>**ORDER** |
|---|---|

    Pending before the Court is the Motion of Plaintiff Metropolitan Life Insurance Company for Leave to Deposit Funds with the Court, Application for Order to Invest Funds, and Motion for Order of Issuance of Process to Claimants/Defendants and Restraining them From Instituting or Prosecuting Actions Regarding Property. (Dkt. 6.) Just cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Leave to Deposit Funds with the Court, Application for Order to Invest Funds, and Motion for Order of Issuance of Process to Claimants/Defendants and Restraining them From Instituting or Prosecuting Actions Regarding Property. (Dkt. 6.)

1  **IT IS FURTHER ORDERED** that the Clerk of the Court accept the check of Metropolitan Life Insurance Company in the sum of $521,000.00, plus any applicable interest ("Plan Benefits"), with respect to this interpleader action and the deposit said check into the Registry Account of the Court pursuant to 28 U.S.C. § 2041.

**IT IS FURTHER ORDERED**, pursuant to Rule 1.13, *Rules of Practice of the United States District Court for the District of Arizona*, that the Clerk of the Court and/or the Financial Deputy shall invest the Plan Benefits so deposited in the Registry Account of this Court.

**IT IS FURTHER ORDERED**, pursuant to 28 U.S.C. § 2361, that the Clerk of this Court shall issue its process directed to Tyler Elliott and Shamus Stinson, by and through his guardians Douglas and Judith Hardy, as "claimants," and shall be addressed to and personally served upon them where each claimant resides or may be found, if the claimants do not agree to waiver of service under Rule 4(d), *Fed. R. Civ. Proc.*

**IT IS FURTHER ORDERED**, pursuant to 28 U.S.C. § 2361, that said Claimants/Defendants, above-named, are hereby and herewith restrained from instituting or prosecuting any proceeding in any state or United States Court against MetLife, Bank of America, or the Plan with respect to the Plan Benefits.

Dated this 7th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge