**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Metropolitan Life Insurance Company, | No. CIV 07-0220-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Tyler Elliott; Shamus Stinson; a minor child, by and through his guardians Douglas and Judith Hardy, | |
| Defendants. | |

Upon Motion of Plaintiff Metropolitan Life Insurance Company (Doc. 22) and agreement of Defendant Shamus Stinson (Doc.23),[1] and just cause appearing,

**IT IS HEREBY ORDERED** that the injunction entered by this Court on February 7, 2007, restraining Claimants/Defendants from instituting or prosecuting any proceeding in any state or United States Court against MetLife, Bank of America, or the Plan with respect to the Plan Benefits, is to be made permanent. This injunction will only apply to the specific Plan Benefits at issue in this action. The injunction will not preclude Shamus Stinson or his Guardians or other representatives from: (a) making a separate claim against MetLife for child care benefits, as allowed under the Accidental Death & Dismemberment Policy issued to Shamus' mother, Jamie Lisa Smith; (b) making a separate claim against MetLife and/or any Bank of America entity(ies) for any other benefits, wages and/or

---

[1] Mr. Elliott has not answered the Interpleader Complaint, and the time for him to file an answer has expired.

insurance to which Ms. Smith's Estate and/or beneficiaries may be entitled; and/or (c) making a claim against Bank of America, MetLife and/or any and all related entities for any other insurance policy(ies) that may have been payable as a consequence of the death of Jamie Lisa Smith. In addition, Bank of America, MetLife, and all related entities may still be required to produce witnesses and cooperate in any continuing litigation over Ms. Smith's Bank of America Plan Benefits.

**IT IS FURTHER ORDERED** that Metropolitan Life Insurance Company, the Bank of America Corporation and its subsidiaries/committees, and Bank of America Group Benefits Program, are hereby discharged and released from any further liability to any person or entity with respect to the specific Life and Accidental Death and Dismemberment ("AD&D") Plan Benefits at issue in this Interpleader action that were payable under the Bank of America Group Benefits Program as a consequence of the death of Jamie Lisa Smith (the "Plan Benefits").

**IT IS FURTHER ORDERED** Metropolitan Life Insurance Company is **DISMISSED** with prejudice from this action.

DATED this 11th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge