**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Metropolitan Life Insurance Company, | No. CIV 07-0220-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Tyler Elliott; Shamus Stinson; a minor child, by and through his guardians Douglas and Judith Hardy, | |
| Defendants. | |

It has come to the Court's attention that due to an error in the Clerk's Office, this case has inadvertently been closed. Therefore,

**IT IS HEREBY ORDERED** that the judgment of the Clerk, as it pertains to the closing of this case, is **VACATED.**

DATED this 12th day of July, 2007.

Stephen M. McNamee
United States District Judge