**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Metropolitan Life Insurance Company, | No. CIV 07-0220-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Tyler Elliott; Shamus Stinson; a minor child, by and through his guardians Douglas and Judith Hardy, | |
| Defendants. | |

Currently pending before the Court is the Motion for Summary Judgment (Doc. 23) filed by Defendant Shamus Stinson against Co-Defendant Tyler Elliot and the Motion for Summary Disposition of the aforementioned Motion for Summary Judgment (Doc. 28) filed by Defendant Shamus Stinson.[1]  After careful consideration, the Court rules the following.

On April 29, 2006 Jamie Lisa Smith, single mother of Shamus Stinson, was killed by a drunk driver in an intersection car accident.  At the time of the accident, Ms. Smith was

---

[1]Counsel are advised that all future filings must comply with **all** Local Rules of Practice, Federal Rules of Civil Procedure, and all rules of this particular Court.  More specifically, counsel shall pay particular attention to the filing requirements pursuant to LRCiv 7.1(c). Further failure to comply with the local rules will result in the Court striking the documents.

employed by Bank of America wherein Ms. Smith participated in the Bank of America Group Benefits Program (the "Plan"). This Plan provided her beneficiary with $526, 000 in Plan Benefits. Since the inception of this lawsuit, interpleader Plaintiff Metropolitan Life Insurance Company has deposited the amount, plus accruing interest, with the Court.

On June 7, 2005, Ms. Smith designated her friend Tyler Elliot as the primary beneficiary and her then 7 year old son Shamus as the contingent beneficiary of the Plan Benefits using a Bank of America online service. Then, in September 2005, Ms. Smith and Mr. Elliot had a falling out and consequently, on October 4, 2005, Ms. Smith logged onto the Bank of America online service and designated her son, Shamus Stinson, as the full primary beneficiary of her Plan Benefits. Thereafter, Bank of America sent paper copies of the "Benefits Beneficiary Authorization" forms to Ms. Smith to obtain her signature. Ms. Smith signed the forms. However, before she mailed them, she was killed in the car crash. The forms were found in a sealed envelope in Ms. Smith's handbag after her death.[2]

Concerned with the danger of double liability, Metropolitan Life Insurance Company ("MetLife") instituted an Interpleader. It served the Complaint on Tyler Elliot on March 28, 2007. Mr. Elliot has not Answered the Complaint. On July 9, 2007, Shamus Stinson filed a Motion for Summary Judgment against Tyler Elliot, contending that he, Shamus Stinson, is entitled to the full benefits of his mother's Plan as the primary beneficiary. The time has passed for Tyler Elliot to file a Response, and he has neither made an appearance in this action nor filed a Response to the Motion.[3] Pursuant to LRCiv 7.2(i), the Court may deem the failure of Mr. Elliot to appear or respond as consent to the granting of the motion. Consequently, this Court will summarily grant Shamus Stinson's Motion for

---

[2] According to the language set forth in the Bank of America Documents, including the Bank of America Associate Handbook, the Court finds that Shamus Stinson is the proper beneficiary. See Doc. 23, p. 4, § III.

[3] Mr. Elliot has made no claim for the benefits.

Summary Judgment in his favor and holds that he is entitled to receive the proceeds of the Life and Accidental Death and Dismemberment ("AD&D") insurance policies issued by MetLife to his deceased mother, Jamie Lisa Smith.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Defendant Shamus Stinson's Motion for Summary Judgment (Doc. 23) in his favor and against Tyler Elliot.

**IT IS FURTHER ORDERED GRANTING** Defendant Shamus Stinson's Motion for Summary Disposition (Doc. 28).

DATED this 13th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge