**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Metropolitan Life Insurance Company, | No. CIV 07-0220-PHX-SMM |
| Plaintiff, | **ORDER RELEASING INTERPLEADER FUNDS WITH INTEREST** |
| v. | |
| Tyler Elliott; Shamus Stinson; a minor child, by and through his guardians Douglas and Judith Hardy, | |
| Defendants. | |

Currently before the Court is the Motion to Alter or Amend (Doc. 32) the Order entered September 13, 2007. Having considered the Motion, the Court finds that entering the present order to release the funds will achieve the same result without having to disturb the previous Order.

Accordingly,

**IT IS HEREBY ORDERED DENYING** the Motion to Alter or Amend (Doc. 32).

**IT IS FURTHER ORDERED** that Defendant Shamus Stinson is hereby awarded Judgment and is entitled to the proceeds of the Metropolitan Life Insurance Company insurance policies presently on deposit with this Court ("the interpleaded funds"). Accordingly, the interpleaded funds are to be withdrawn, released, and distributed to him in accordance with 28 U.S.C. § 2042, as follows:

1. The Clerk of the Court is hereby directed to withdraw, release and distribute all interpleaded funds previously deposited into the Court by Metropolitan Life Insurance Company totaling $564,743.44, and also to withdraw, release and distribute any and all interest that has accrued on those funds until the date of release and distribution.

2. The check is to be made payable to Judith Hardy, as Guardian of Shamus Stinson.

3. The Clerk is directed to release the check to Gaye L. Gould, Esq. or to any representative of the law firm of Sacks Tierney P.A.

DATED this 26th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge